UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-61462-CIV-ALTMAN/Hunt

SHUBERT VERTILUS,
and all others similarly situated;

    Plaintiffs,

vs.

ANGLIN'S BEACH CAFE, LLC,
an active Florida limited liability company; and
SPIRO MARCHELOS, individually;

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, SHUBERT VERTILUS, on behalf of himself and all others similarly situated, and pursuant to the Court's Order dated June 13, 2019 [DE 6] files this Statement of Claim.

**Statement of Claim as to Plaintiff**

1. Defendants operate a restaurant.

2. Plaintiff began working for Defendants on January 2, 2019, as a non-exempt employee.

3. As of the filing of the Statement of Claim Plaintiff is still employed in the same non-exempt position.

4. Plaintiff and Defendants agreed that Plaintiff would be compensated $1,000/week.

5. Accordingly, Plaintiff's hourly rate is $25.00/hour.

6. Defendants controlled Plaintiff's schedule.

7. Thus, Plaintiff was and remains a W2 employee and is not an independent contractor.

8. Based on records currently in Plaintiff's possession, Plaintiff worked approximately fifty-five (55) hours per week.

9. Plaintiff was not compensated in any discernable pattern.

10. Instead, Defendants would pay Plaintiff at random times, sometimes by check, sometimes by cash, but never consistently and Defendants never took out withholding taxes.

11. Accordingly, Plaintiff will need to conduct discovery to determine all of the times and amounts Plaintiff was actually paid.[1]

12. Further, Plaintiff was and never has been paid a consistent amount.

13. Moreover, the violations are continuing as Plaintiff is still employed.

14. Despite being served with this lawsuit, Defendants have yet to correct their practices.

15. By way of example, Plaintiff was recently given a check for $1,000.

16. Defendants wrote in the check memo, "1099."

17. Obviously, Defendants are now trying to avoid liability, and are continuing to not pay overtime, or properly take out W2 withholdings.

18. As of the filing of this Statement of Claim, Plaintiff has worked Defendants for 26 weeks.

19. Assuming Plaintiff worked 55 hours each week, Plaintiff would be entitled to $26,000 ($1,000 per week at $25.00/hr. for 40 hours), of straight time; $14,625 of overtime

---

[1] Undersigned counsel is in the process of working with Plaintiff to put together all of the times Plaintiff was paid. Because the payments were not consistent and because some of the payments were in cash, Plaintiff is not in possession of all of those records.

compensation (overtime rate of $37.50/hr. for 15 hrs./week for 26 weeks); for total compensation of $40,625.[2]

20. Plaintiff is also entitled to liquidated damages on all amounts owed as well as reasonable attorney's fees and costs.

**Statement of Claim as to Similarly Situated Employees**

21. This matter is brought as a Collective Action.

22. This matter is in its infancy.

23. There has been no discovery.

24. At this stage, Plaintiff is unaware of the number of similarly situated employees.

25. Plaintiff is also unaware as to the potential damages as to similarly situated employees.

26. Plaintiff will supplement this Statement of Claim upon receipt of the above information.

Dated: July 15, 2019,

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

---

[2] There will be a set-off for amounts already paid to Plaintiff.

Respectfully submitted,

By: /s/Michael L. Elkins
    Michael L. Elkins
    Florida Bar No. 523781
    melkins@mlelawfirm.com
    **MLE LAW**
    633 S. Andrews Ave.
    Suite 500
    Fort Lauderdale, FL 33301
    Telephone: (954) 401-2608
    *Co-Counsel for Plaintiff*

/s/Joshua M. Entin
    Joshua M. Entin, Esq.
    Fla. Bar No. 493724
    josh@entinlaw.com
    **ENTIN LAW GROUP, P.A.**
    633 S. Andrews Ave.
    Suite 500
    Fort Lauderdale, FL 33301
    Telephone: (954) 761-7201
    *Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s Michael L. Elkins
    Michael Elkins