UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61462

SHUBERT VERTILUS,
and all others similarly situated;

    Plaintiffs,

vs.

ANGLIN'S BEACH CAFE, LLC,
an active Florida limited liability company;
and SPIRO MARCHELOS, individually;

    Defendants.
_____/

## **WRIT OF GARNISHMENT**

To: All and Singular United States Marshals:

YOU ARE HEREBY COMMANDED to summon garnishee **Wells Fargo Bank, N.A**., c/o Registered Agent, Corporation Services Company, 121 Hays Street, Tallahassee, Florida 32301-2525, to serve an answer to this writ on Joshua M. Entin of Entin Law Group, P.A., and Michael L. Elkins of MLE Law, attorneys for Plaintiff Shubert Vertilus (judgment creditor), at 633 S. Andrews Ave., Suite 500, Fort Lauderdale, Florida 33301, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before services or immediately thereafter, stating whether the garnishee is indebted to or is otherwise in possession of assets of the two (2) defendants (collectively "Judgment Debtors"): (1) ANGLIN BEACH CAFÉ, LLC (whose address is: 2 Commercial Boulevard, Lauderdale-by-the-sea, Florida 33308); and (2) SPIRO MARCHELOS (whose address is: 2632 NE 27 Terrance, Fort Lauderdale, Florida 33306-1722), at the time of the answer or was indebted at the time of the service of the writ, or at any time of the answer or was indebted at the time of the service of the

writ, or at any time between such times and in what sum and what tangible and personal property of the Judgment Debtor the garnishee has in its possession or control at the time of the answer or had at the time of service of his writ, or at anytime between such times and whether the garnishee knows of all other person indebted to the judgment debtor, or who may be in possession or control of any of the property of the Judgment Debtors.

The total amount set forth in the Plaintiff's Motion for Writ of Garnishment and in the Order [D.E. 21] is $21,617.10.

Dated on \_\_\_\_ Oct 2, 2019.

