UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61462-CIV-ALTMAN/Hunt

**SHUBERT VERTILUS**,

    Plaintiff,
v.

**ANGLIN'S BEACH CAFÉ, LLC,**
*and* **SPIRO MARCHELOS**,

    Defendants.
_____/

**FINAL JUDGMENT UPON CONFESSION OF**
**GARNISHEE, WELLS FARGO BANK, N.A.**

**THIS MATTER** comes before the Court upon the Plaintiff's Motion for Final Judgment in Garnishment on Confession of Garnishee Wells Fargo Bank, N.A. [ECF No. 31]. On August 30, 2019, the Court granted the Plaintiff's Motion for Default Judgment and awarded $27,453.28, inclusive of attorney's fees and costs, in favor of the Plaintiff and against the Defendants, Anglin's Beach Café, LLC and Spiro Marchelos. The Clerk of Court also entered a Writ of Garnishment [ECF No. 24], to which the Garnishee, Wells Fargo Bank, N.A., filed an Answer [ECF No. 27]. In its Answer, the Garnishee acknowledged that it is indebted to the Defendants as a result of a bank account under the name Anglin's Beach Cafe in the amount of $13,457.07. *Id*. The Garnishee has apparently held those funds. *Id*.

No objection has been filed either to the garnishment or to the claim of exemption. Accordingly, the Court hereby

    **ORDERS AND ADJUDGES** as follows:

    1. The Plaintiff's Motion for Final Judgment in Garnishment on Confession of Garnishee Wells Fargo Bank, N.A., [ECF No. 31] is hereby **GRANTED**.

2. Final Judgment of Garnishment in the amount of $13,457.07 is hereby entered in favor of the Plaintiff, Shubert Vertilus, and against the Garnishee, Wells Fargo Bank, N.A., for which let execution issue. The Garnishee shall retain $100 of this amount for its attorney's fees and distribute the balance of the garnished funds to the Plaintiff's counsel's Trust Account, Entin Law Group, P.A., within 15 days from the date of entry of this Order.

3. Immediately upon receipt of this Order, the Plaintiff shall serve via U.S. Mail a copy of this Final Judgment of Garnishment upon the judgment debtors and counsel for the Garnishee and shall certify to this Court that such service has been made.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record

Defendant, ANGLIN'S BEACH CAFÉ LLC., 2 Commercial Blvd., Lauderdale By The Sea, Florida 33308.

Defendant, SPIROS MARCHELOS, 2 Commercial Blvd., Lauderdale By The Sea, Florida 33308.